UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 95-7823

———————

OMAR AL-MUWWAKIL,

Plaintiff - Appellant,

versus

OFFICER PUTMAN, Greensville Correctional Cen-
ter; MEDICAL STAFF, Greensville Correctional
Center; GREENSVILLE CORRECTIONAL CENTER; M. A.
TIDWELL, B-Unit Warden; JOHN M. JABE, Chief
Warden,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-94-1193-2)

———————

Submitted:  February 7, 1996      Decided:  February 28, 1996

———————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Omar Al-Muwwakil, Appellant Pro Se.  Jill Theresa Bowers, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Al-Muwwakil v. Putman, No. CA-94-1193-2 (E.D. Va. Oct. 23, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED